☐ Washing Cty Circuit _____ Court ☐ Other _____
Attorney: Megan Smith   Our File No. 701220.0032
Case No. aua C11-0763CV

Lyubov Youko v. Northwest Trustee Services, et al.
(Title of Case)
Smith Dec ISO Reply to Plt's Resp to Proposed Order Re
(Title of Document) Plt's Mot for a Prelim Injunction

☐ Was signed _____, by _____
☑ Was entered _____, by _____
☑ Was filed JUL 28 2011, by _____
☐ Other JUL 28 2011
Remarks _____

(Judge) (Deputy) (Clerk) _____

EXHIBIT 1
PAGE 1